UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Jefferson Sanchez         ,
        Defendant(s).

-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

_____-CR-_____(___) (___)

21 Mag 1300 (UA)

Defendant __Jefferson Sanchez_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

/s/ Jefferson Sanchez by Martin Cohen
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jefferson Sanchez
_____
Print Defendant's Name

/s/ Martin Cohen
_____
Defense Counsel's Signature

Martin Cohen
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

2/3/2021
_____
Date

_____
JAMES L. COTT
United States Magistrate Judge